# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

JEFFREY BOWDEN, on behalf of himself )
And a class of others similarly situated, )
)
        Plaintiffs, )
)
vs. ) Case No. 18-00489-CV-W-HFS
)
HEALTHPORT TECHNOLOGIES, LLC, et al., )
)
        Defendants. )
)

___ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ Decision by Court. This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS HEREBY ORDERED** that

Defendant's motion to dismiss is hereby GRANTED. It is further

**ORDERED** that

This case is hereby DISMISSED WITH PREJUDICE. Each party to bear its own costs.

  June 24, 2019                        Paige Wymore-Wynn
Date                                         Clerk

Entered on  June 24, 2019           /s/ Christy Anderson
                                            (By) Deputy Clerk